## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, | CASE NO. 3:10-CV-597-LRH-VPC |
| Plaintiff(s), | MINUTES OF COURT |
| vs. | DATE: Tuesday, February 19, 2013 |
| KENNETH LEE SALAZAR, et al., | |
| Defendant(s). | |

**PRESENT:  THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE**

**Deputy Clerk:** Dionna Negrete
**Reporter:**   Donna Davidson
**Counsel for Plaintiff(s):**   Gordon Cowan

**Counsel for Defendant(s):** Erik Petersen, DOJ; Nancy Zahedi, DOI; Gregory Addington, DOJ

**MINUTES OF PROCEEDINGS:** Preliminary Injunction Hearing:

9:08 a.m. Court convenes.  Counsel and plaintiff Laura Leigh are present.

Cousnel make brief opening statements.

Terri Farley, Verdi, CA, is called on behalf of the plaintiff; is sworn and testifies on direct examination by Mr. Cowan.  Plaintiff's Exhibit 2 is offered; objection made on the record; plaintiff's Exhibit 2 is admitted as specified on the record.  Cross examination by Mr. Petersen.  Witness is excused.

10:20 a.m. Court stands at recess.

10:38 a.m. Court reconvenes.  Counsel and plaintiff Laura Leigh are present.

Sally Summers, Washoe Valley, NV, is called on behalf of the plaintiff; is sworn and testifies on direct examination by Mr. Cowan.  Cross examination by Mr. Petersen. Witness is excused.

Robert Bauer, New Albany, IN, is called on behalf of the plaintiff; is sworn and testifies on direct examination by Mr. Cowan.  Cross examination is waived by Mr. Petersen.  Witness is excused.

Leigh v. Salazar, et al.
3:10-cv-597-LRH-VPC
February 19, 2013
Page 2 of 2
_____/

Elyse Gardner, Petaluma, CA, called on behalf of the plaintiff; is sworn and testifies on direct examination by Mr. Cowan.  Plaintiff's Exhibit 5 is offered; objection; the Court reserves ruling of admittance. Cross examination by Mr. Petersen. Re-direct examination by Mr. Cowan.  Witness is excused.

Laura Leigh, Carson City, NV, called on behalf of the plaintiff; is sworn and testifies on direct examination by Mr. Cowan.  Plaintiffs' Exhibits 3 and 4 are offered; objection noted on the record; objection overruled; plaintiffs' Exhibits 3 and 4 are admitted.

12:50 p.m. Court stands at recess.

2:05 p.m. Court reconvenes.  Counsel and plaintiff Laura Leigh are present.

Laura Leigh resumes the witness stand and continues testimony on direct examination by Mr. Cowan.  Cross examination by Mr. Petersen.  Witness is excused.

The Court and counsel confer regarding the parameters of further evidence in this matter before the Court, and how it pertains to the 9th Circuit Court ruling as discussed on the record.

Laura Leigh resumes the witness stand, the Court reminds her she is still under oath.  Ms. Leigh further testifies on direct examination by Mr. Cowan.  Cross examination by Mr. Petersen.  Witness is excused.

**IT IS ORDERED this matter is continued to Wednesday, February 20, 2013 at 9:00 a.m. in Reno Courtroom 5 before Judge Larry R. Hicks.**

3:12 p.m. Court adjourns.

                              LANCE S. WILSON, CLERK

                          By:    D. Negrete
                                  Deputy Clerk