UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURA LEIGH,<br><br>                    Plaintiff/Appellant,<br><br>   v.<br><br>SALLY JEWELL, Secretary, U.S. Department of the Interior; *et al.*,<br><br>                    Defendants/Appellees. | 3:10-cv-00597-LRH-VPC<br>C/A No. 13-16473<br><br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on July 28, 2014, issued its mandate dismissing the appeal subsequent to granting Appellant's motion to voluntarily dismiss the appeal, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 4th day of August, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE