UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LAURA LEIGH, | ) |
|     Plaintiff, | ) Case no. 3:10-CV-00597-LRH-VPC |
| vs. | ) ORDER |
| SALLY JEWELL; *et al.*, | ) |
|     Defendants. | ) |

Before the court is plaintiff's Unopposed Motion to Substitute Plaintiff, Laura Leigh, to Represent Herself *In Pro Per* (#97[1]).

Also before the court is plaintiff's Unopposed Motion to Voluntarily Dismiss Case (#98).

The court having reviewed the documents, no opposition having been filed, and good cause appearing,

IT IS THEREFORE ORDERED that plaintiff's Unopposed Motion to Substitute Plaintiff, Laura Leigh, to Represent Herself *In Pro Per* (#97) is GRANTED.

IT IS FURTHER ORDERED that plaintiff's Unopposed Motion to Voluntarily Dismiss Case (#98) is GRANTED.

IT IS FURTHER ORDERED that the clerk of the court shall DISMISS this matter.

DATED this 18th day of August, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.